Sarah E. Weller, Respondent, v. Consolidated Gas Company of New York, Appellant.— Judgment affirmed, with costs. No opinion. McLaughlin and Houghton, JJ., dissenting.

Edward Morley, Appellant, v. George A. Castor, Respondent.— Judgment affirmed. No opinion.

Everett Magagnos, Appellant, v. P. M. Ohmeis and Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

In the Matter of Proving the Last Will and Testament of Samuel Froman, Deceased. Jacob Froman, Appellant; Nathan Froman, Executor, etc., of Samuel Froman, Deceased, Respondent.— Decree affirmed, with costs. No opinion.

The Andrew Jergens Company, Respondent, v. John H. Woodbury and Woodbury-McGrath Company, Appellants.—Judgment affirmed, with costs. No opinion.

Edmund L. Goodman and Henry Grah Hershfield, Composing the Firm of Braisted, Goodman & Hershfield, Appellants, v. Harrison G. Dyar, Respondent. — Judgment and order affirmed, with costs. No opinion.

De La Vergne Machine Company, Respondent, v. Anthony & Scovill Company, Appellant.— Judgment affirmed, with costs. No opinion. Houghton, J., dissenting on the ground that the counterclaim is sufficiently broad to cover damages for delay in installing the ice plant, and that the court erred in dismissing the same.

Eduardo Cupi, Appellant, v. Hoffman House, New York, Respondent.— Judgment affirmed, with costs. No opinion.

Herman Fromme, Appellant, v. Thomas H. Persse, Respondent.— Judgment and order affirmed, with costs. No opinion.

Charles Dunlop, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion.

Henry Borges, Respondent, v. Joseph Freedman, Appellant, Impleaded with Joseph Rosenberg and Others.— Judgment affirmed, with costs. No opinion. McLaughlin, J., dissenting.

Patrick M. Carolan, Individually and as Executor, etc., of Neal O'Donnell, Deceased, Respondent, v. Anthony O'Donnell and Others, Defendants, Impleaded with Andrew O'Donnell and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. McLaughlin, J., dissenting on the ground that the evidence made a question of fact for the jury; Houghton, J., also dissenting on the same ground.

Nelson A. McGill, as Temporary Administrator, etc., of Ann McGarty, Deceased, Respondent, v. John F. Brady, Appellant, Impleaded with Maggie Brady.— Judgment modified by deducting therefrom $914.36, with interest from